# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Patricia McGee
v.
Village of Stone Park and Sgt. Fabiani

Case Number:

FILED: JULY 2, 2008
08CV3791
JUDGE NORGLE
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

PH

| | |
|---|---|
| **NAME** (Type or print) <br> Mark Parts | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark Parts | |
| **FIRM** <br> Parts & Spencer, Ltd. | |
| **STREET ADDRESS** <br> 33 North LaSalle Street, Suite 1925 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> IL ARDC # 6203617 | **TELEPHONE NUMBER** <br> 312-920-0990 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |